## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC.<br>        Movant,<br><br>    v.<br><br>OMNI BRIDGEWAY (USA) LLC<br><br>        Respondent. | )<br>)<br>)<br>)<br>) Misc. Case No.<br>) _____<br>)<br>) (*MPH v. Apple Inc.*, Case No. 3:18-<br>) cv-05935-TLT; pending in U.S.D.C.<br>) N.D. Cal.)<br>) |

## **ORDER**

AND NOW this ____ day of, 2024, having considered Movant Apple Inc.'s ("Apple") Motion for Leave to File Under Seal ("Motion for Leave") and any response thereto, it is hereby ORDERED that Apple's Motion for Leave is GRANTED.

_____
United States District Judge
