**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| APPLE INC. <br>    Movant, <br><br> v. <br><br> OMNI BRIDGEWAY (USA) LLC <br><br>    Respondent. | ) <br> ) <br> ) <br> ) <br> ) Misc. Case No. <br> ) _____ <br> ) <br> ) (*MPH v. Apple Inc.*, Case No. 3:18- <br> ) cv-05935-TLT; pending in U.S.D.C. <br> ) N.D. Cal.) |

**[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION TO COMPEL
COMPLIANCE WITH SUBPOENA TO OMNI BRIDGEWAY LLC**

  Based upon Movant Apple Inc.'s Motion to Compel Compliance with Subpoena to Omni Bridgeway LLC, IT IS HEREBY ORDERED that Apple Inc.'s Motion is GRANTED. It is hereby ordered that Omni Bridgeway (USA) LLC ("Omni") shall produce:

  1. All documents responsive to Request Nos. 1-9 in Apple's Subpoena duces tecum served on December 4, 2024, including documents related to: (a) the relationship between Omni and MPH, including agreements between the two companies; (b) Omni's involvement in the underlying lawsuit; and (c) communications among Omni, MPH, and/or other third parties about MPH or the underlying litigation;

  2. One or more witnesses to testify regarding Topic Nos. 1-10 in Apple's deposition Subpoena served on December 4, 2024, including testimony on Topics related to: (a) the relationship between Omni and MPH, including agreements between the two companies; (b) Omni's involvement in the underlying lawsuit; and (c) communications among Omni, MPH, and/or other third parties about MPH or the underlying litigation; and

3.      A privilege log for documents withheld and/or redacted on the basis of privilege, so as to be received by Apple's counsel within 10 days of this Order.

Dated: _____, 2024        _____
                                                    United States District Judge