### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC.<br>　　　Movant,<br><br>　　v.<br><br>OMNI BRIDGEWAY (USA) LLC<br><br>　　　Respondent. | )<br>)<br>)<br>)<br>) Misc. Case No.<br>) _____<br>)<br>) (*MPH v. Apple Inc.*, Case No. 3:18-<br>) cv-05935-TLT; pending in U.S.D.C.<br>) N.D. Cal.) |

### APPLE INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Movant Apple Inc. states that it is a publicly-traded corporation and that no publicly traded entity owns 10% or more of its stock.

Dated: July 3, 2024　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　**DLA PIPER LLP (US)**

　　　　　　　　　　　　　　　　　　　　　　*/s/ Brian A. Biggs*
　　　　　　　　　　　　　　　　　　　　　　Brian A. Biggs (DE Bar No. 5591)
　　　　　　　　　　　　　　　　　　　　　　1201 North Market Street, Suite 2100
　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801-1147
　　　　　　　　　　　　　　　　　　　　　　Telephone: (302) 468-5700
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (302) 394-2341
　　　　　　　　　　　　　　　　　　　　　　brian.biggs@us.dlapiper.com

　　　　　　　　　　　　　　　　　　　　　　*Attorney for Movant Apple Inc.*