# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Brian P. Egan
(302) 351-9454
began@morrisnichols.com

July 12, 2024

The Honorable Colm F. Connolly　　　　　　　　*VIA ELECTRONIC FILING*
United States District Court
　for the District of Delaware
844 North King Street
Wilmington, DE 19801

　　　　Re:　*Apple Inc. / Omni Bridgeway (USA),*
　　　　　　No. 24-mc-330 (CFC) (D. Del.)

Dear Chief Judge Connolly:

　　Respondent Omni Bridgeway (USA) LLC ("Omni") files herewith a Motion to Transfer this subpoena-related action including the pending motion to compel at D.I. 1 ("Action"), to the Northern District of California pursuant to Fed. R. Civ. P. 45(f), which is the court that issued the subject subpoena and is presiding over the underlying litigation, *MPH Technologies Oy v. Apple Inc.*, No. 3:18-cv-05935 (N.D. Cal.).

　　As set forth in its motion to transfer, Omni, the subpoenaed party, has consented to the transfer of the Action. Courts in this District have routinely confirmed that consent alone satisfies the transfer requirements of Rule 45(f), and the exceptional circumstances presented in Omni's motion independently support its request.

　　To conserve party and judicial resources, Omni requests (1) an expedited briefing schedule on its motion to transfer to aid the Court in promptly resolving the motion; and (2) a stay of Omni's July 22, 2024 deadline to oppose Apple's motion to compel pending the Court's resolution of Omni's motion to transfer. If granted, Omni's Proposed Order would provide it with fourteen days to oppose Apple's motion from the date of docketing the proceeding in the Northern District of California.

The Honorable Colm F. Connolly
July 12, 2024
Page 2

                                              Respectfully,

                                              */s/ Brian P. Egan*

                                              Brian P. Egan (#6227)

BPE/rah
cc:    Clerk of the Court (via hand delivery)
        All Counsel of Record (via electronic mail)