IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., | ) |
|         Petitioner, | ) |
|     v. | ) No. 24-mc-330 (CFC) |
| OMNI BRIDGEWAY (USA) LLC, | ) |
|         Respondent. | ) |

## **RESPONDENT'S FED. R. CIV. P. 7.1 STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and Judge Connolly's Standing Order Regarding Disclosure Statements, Respondent Omni Bridgeway (USA) LLC states:

1. Respondent Omni Bridgeway (USA) LLC is a wholly-owned group subsidiary of publicly held corporation Omni Bridgeway Limited, which is listed on the Australian Stock Exchange ("ASX"). No publicly held corporation owns 10% or more of the stock in Omni Bridgeway Limited.

OF COUNSEL:

Jennifer A. Kash
Francesca M. S. Germinario
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
(415) 895-2940

July 12, 2024

MORRIS, NICHOLS, ARSHT &TUNNELL LLP

/s/ Brian P. Egan

_____
Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com

*Attorneys for Respondent
Omni Bridgeway (USA) LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 12, 2024, upon the following in the manner indicated:

Brian A. Biggs, Esquire　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
DLA PIPER LLP (US)
1201 North Market Street, Suite 2100
Wilmington, DE 19801-1147
*Attorneys for Petitioner Apple Inc.*

　　　　　　　　　　　　　　　　*/s/ Brian P. Egan*
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Brian P. Egan (#6227)