IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Apple Inc., | ) |
|     Petitioner, | ) Case No.: 1:24-mc-00330-CFC |
| v. | ) |
| Omni Bridgeway (USA) LLC, | ) |
|     Respondent. | ) |

**DECLARATION OF FRANCESCA M. S. GERMINARIO IN SUPPORT OF RESPONDENT OMNI BRIDGEWAY'S OPPOSITION TO APPLE'S MOTION TO COMPEL**

I, Francesca Miki Shima Germinario, hereby declare under 28 U.S.C. § 1746:

1. I am an attorney at Warren Kash Warren LLP, counsel of record for Omni Bridgeway (USA) LLC ("Omni") in this matter. I submit this Declaration in support of Omni's Opposition to Apple's Motion to Compel.

2. During a meet and confer conference I attended on February 7, 2024, Apple agreed to table any request for deposition indefinitely, and confirmed this position on the February 22, 2024 meet and confer, which I also attended. Apple never raised the issue again until its Motion.

3. Attached as Exhibit A is a true and correct copy of Omni's Objections and Responses to Apple's subpoena served on December 4, 2023.

– 1 –

4. Attached as Exhibit B is a true and correct copy of Omni's April 17, 2024 letter to counsel for Apple.

5. Attached as Exhibit C is a true and correct copy of Omni's July 9, 2024 letter to counsel for Apple.

6. Attached as Exhibit D is a true and correct copy of Chief Judge Connolly's April 18, 2022 Standing Order Regarding Third-Party Litigation Funding Arrangements, available at https://www.ded.uscourts.gov/sites/ded/files/Standing%20Order%20Regarding%20Third-Party%20Litigation%20Funding.pdf.

7. Attached as Exhibit E is a true and correct copy of the webpage available at https://omnibridgeway.com/investors/reports-and-presentations/annual-reports.

8. Attached as Exhibit F is a true and correct copy of the Northern District of California's September 27, 2022 Clerk's Office Memorandum of Proposed Revisions to Civil L.R. 3-15: Disclosure of Conflicts and Interested Entities or Persons, available at https://www.cand.uscourts.gov/wp-content/uploads/2022/08/CAND_Public_notice_LR_Modifications_09-27-2022.pdf.

9. Attached as Exhibit G is a true and correct copy of the Northern District of California's Civil L. R. 3-15: Disclosure of Conflicts and Interested Entities or Persons, available at https://www.cand.uscourts.gov/rules/civil-local-rules/.

10. Attached as Exhibit H is a true and correct copy of the November 30, 2023 Standing Order for All Judges of the Northern District of California, available at https://www.cand.uscourts.gov/wp-content/uploads/2023/03/Standing_Order_All_Judges-11-30-2023.pdf.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 22, 2024 in San Francisco, California.

_____
Francesca Miki Shima Germinario

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 22, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Brian A. Biggs, Esquire<br>DLA P<span style="font-variant:small-caps">iper</span> LLP (US)<br>1201 North Market Street, Suite 2100<br>Wilmington, DE 19801-1147<br>*Attorneys for Petitioner Apple Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Brian P. Egan*

Brian P. Egan (#6227)