# EXHIBIT E



# Reports

Home / Investors / Announcements, Reports and Presentations / Annual Reports

## Annual Reports

**23-AUG-2023**

Annual Report 30 June 2023

**30-AUG-2022**

Annual Report 30 June 2022

**25-AUG-2021**

Annual Report 30 June 2021

**24-AUG-2020**

Annual Report 30 June 2020

**20-AUG-2019**

Annual Report 30 June 2019

**28-AUG-2018**

Annual Report 30 June 2018

**24-AUG-2017**

Annual Report 30 June 2017

**23-AUG-2016**

Annual Report 30 June 2016

**19-AUG-2015**

Annual Report 30 June 2015

**21-AUG-2014**

Annual Report 30 June 2014

**21-AUG-2013**

Annual Report 30 June 2013

**22-AUG-2012**

Annual Report 30 June 2012

**24-AUG-2011**

Annual Report 30 June 2011

**24-AUG-2010**

Annual Report 30 June 2010

**26-AUG-2009**

Annual Report 30 June 2009

**25-AUG-2008**

Annual Report 30 June 2008

**28-SEP-2007**

Annual Report 30 June 2007

**29-SEP-2006**

Annual Report 30 June 2006

**28-SEP-2005**

Annual Report 30 June 2005

**29-SEP-2004**

Annual Report 30 June 2004

**30-SEP-2003**

Annual Report 30 June 2003

**27-SEP-2002**

Annual Report 30 June 2002

© OmniBridgeway, 2024

All Rights Reserved

Follow Us