# EXHIBIT 3

Case 1:24-mc-00330-CFC Document 20-3 Filed 07/26/24 Page 2 of 5 PageID #: 372

Query    Reports    Utilities    Help    Log Out

# United States District Court
## District of Nevada (Reno)
## CIVIL DOCKET FOR CASE #: 3:24-cv-00271-ART-CLB

MPH Technologies OY v. Apple, Inc.
Assigned to: District Judge Anne R. Traum
Referred to: Magistrate Judge Carla Baldwin
 Case:  3:24-ms-00007
Case in other court:  Northern District of California, 3:18-cv-
                      05935-TLT
Cause: Civil Miscellaneous Case

Date Filed: 06/26/2024
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**MPH Technologies OY**                                represented by **Ashley E LaValley**
                                                                      Lee Sheikh & Haan LLC
                                                                      125 South Clark Street
                                                                      Suite 1175
                                                                      Chicago, IL 60603
                                                                      312-982-0068
                                                                      Fax: 312-982-0071
                                                                      Email: alavalley@leesheikj.com
                                                                      *LEAD ATTORNEY*
                                                                      *PRO HAC VICE*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Michael R Brooks**
                                                                      Hutchison & Steffen, PLLC
                                                                      10080 W. Alta Drive
                                                                      Ste 200
                                                                      Las Vegas, NV 89145
                                                                      702-385-2500
                                                                      Fax: 702-385-2086
                                                                      Email: mbrooks@hutchlegal.com
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **James Daniel Mitchell**
                                                                      Lee Sheikh & Haan LLC
                                                                      125 South Clark Street
                                                                      Suite 1175
                                                                      Chicago, IL 60603
                                                                      312-982-0063
                                                                      Fax: 312-982-0071
                                                                      Email: jmitchell@leesheikh.com
                                                                      *PRO HAC VICE*
                                                                      *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Apple, Inc.**

**Objector**

**VirnetX Inc.**                                                    represented by   **Christopher Chiou**
                                                                                    Wilson Sonsini Goodrich & Rosati, P.C.
                                                                                    953 East Third Street
                                                                                    Suite 100
                                                                                    Los Angeles, CA 90013
                                                                                    323-210-2987
                                                                                    Fax: 866-974-7329
                                                                                    Email: cchiou@wsgr.com
                                                                                    *ATTORNEY TO BE NOTICED*

                                                                                    **Daniel R. Pearson**
                                                                                    Caldwell Cassady Curry PC
                                                                                    2121 N. Pearl St.
                                                                                    Suite 1200
                                                                                    Dallas, TX 75201
                                                                                    214-888-4848
                                                                                    Fax: 214-888-4849
                                                                                    Email: dpearson@caldwellcc.com
                                                                                    *PRO HAC VICE*
                                                                                    *ATTORNEY TO BE NOTICED*

                                                                                    **Jason Dodd Cassady**
                                                                                    Caldwell Cassady Curry PC
                                                                                    2121 N. Pearl Street
                                                                                    Ste 1200
                                                                                    Dallas, TX 75201
                                                                                    214-888-4848
                                                                                    Email: jcassady@caldwellcc.com
                                                                                    *PRO HAC VICE*
                                                                                    *ATTORNEY TO BE NOTICED*

                                                                                    **Jordan T. Smith**
                                                                                    Pisanelli Bice, PLLC
                                                                                    400 South 7th Street, Suite 300
                                                                                    Las Vegas, NV 89101
                                                                                    702-214-2100
                                                                                    Fax: 702-214-2101
                                                                                    Email: jts@pisanellibice.com
                                                                                    *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 06/26/2024 | 1 | MOTION to Compel Virnetx Inc.'s Compliance with Subpoena, by Plaintiff MPH Technologies OY. Responses due by 7/10/2024. (Attachments: # 1 Cover letter, # 2 Receipt #3-0599)(DLS) (other) (Additional attachment(s) added on 6/26/2024: # 3 Declaration) (DLS). (Entered: 06/26/2024) |
| 06/26/2024 |   | Case randomly assigned to District Judge Anne R. Traum and Magistrate Judge Carla Baldwin. (DLS) (Entered: 06/26/2024) |

| 07/02/2024 | 2 | **See 5 Notice of Corrected Image** MOTION/VERIFIED PETITION for Permission to Practice Pro Hac Vice by Ashley E. LaValley and DESIGNATION of Local Counsel Michael R. Brooks (Filing fee $ 250 receipt number ANVDC-7735581) by Plaintiff MPH Technologies OY. (Brooks, Michael) (Entered: 07/02/2024) |
|---|---|---|
| 07/08/2024 | 3 | **See 6 Notice of Corrected Image** MOTION/VERIFIED PETITION for Permission to Practice Pro Hac Vice by James Daniel Mitchell and DESIGNATION of Local Counsel Michael R. Brooks (Filing fee $ 250 receipt number ANVDC-7738819) by Plaintiff MPH Technologies OY. (Brooks, Michael) (Entered: 07/08/2024) |
| 07/09/2024 | 4 | RESPONSE to 1 Motion to Compel, by Objector VirnetX Inc.. Replies due by 7/16/2024. (Attachments: # 1 Declaration of Daniel Pearson, # 2 Exhibit 1 to Declaration, # 3 Exhibit 2 to Declaration)(Chiou, Christopher) (Entered: 07/09/2024) |
| 07/10/2024 | 5 | NOTICE of Corrected Image/Document re 2 Motion for Permission to Practice Pro Hac Vice - Verified Petition, for attorney Ashley E. LaValley, by Plaintiff MPH Technologies OY. (Service of corrected image is attached.) (Brooks, Michael) (Entered: 07/10/2024) |
| 07/10/2024 | 6 | NOTICE of Corrected Image/Document re 3 Motion for Permission to Practice Pro Hac Vice - Verified Petition, for attorney James Daniel Mitchell, by Plaintiff MPH Technologies OY. (Service of corrected image is attached.) (Brooks, Michael) (Entered: 07/10/2024) |
| 07/12/2024 | 7 | ORDER APPROVING 2 Verified Petition for Permission to Practice Pro Hac Vice and of Attorney Ashley E. LaValley for MPH Technologies Oy approving Designation of Local Counsel Michael R. Brooks. Signed by District Judge Anne R. Traum on 7/12/2024. Any Attorney not yet registered with the Court's e-filng system shall register on the PACER website www.pacer.gov<br>(Copies have been distributed pursuant to the NEF - DRM) (Entered: 07/15/2024) |
| 07/12/2024 | 8 | ORDER APPROVING 3 Verified Petition for Permission to Practice Pro Hac Vice of Attorney James David Mitchell for MPH Technologies Oy and approving Designation of Local Counsel Michael R. Brooks. Signed by District Judge Anne R. Traum on 7/12/2024. Any Attorney not yet registered with the Court's e-filng system shall register on the PACER website www.pacer.gov<br>(Copies have been distributed pursuant to the NEF - DRM) (Entered: 07/15/2024) |
| 07/16/2024 | 9 | NOTICE *Notice of Refiling of Declaration of James D. Mitchell in Support of MPH Technologies Oy's Motion to Compel VirnetX Inc.'s Compliance with Subpoena* by MPH Technologies OY re 1 Motion to Compel,. (Attachments: # 1 Declaration Declaration of James D. Mitchell In Support of MPH Technologies Oy's Reply, # 2 Exhibit Exhibit A to Decl of James D. Mitchell, # 3 Exhibit Exhibit B to Decl of James D Mitchell, # 4 Exhibit Exhibit C to Decl of James D Mitchell, # 5 Exhibit Exhibit D to Decl of James D Mitchell, # 6 Exhibit Exhibit E to Decl of James D Mitchell, # 7 Exhibit Exhibit F to Decl of James D Mitchell, # 8 Exhibit Exhibit G to Decl of James D Mitchell)(Mitchell, James) (Entered: 07/16/2024) |
| 07/16/2024 | 10 | REPLY to Response to 1 Motion to Compel, by Plaintiff MPH Technologies OY. (Mitchell, James) (Entered: 07/16/2024) |
| 07/22/2024 | 11 | MOTION/VERIFIED PETITION for Permission to Practice Pro Hac Vice by Jason D. Cassady and DESIGNATION of Local Counsel Jordan T. Smith (Filing fee $ 250 receipt number ANVDC-7753483) by Objector VirnetX Inc.. (Smith, Jordan) (Entered: 07/22/2024) |
| 07/22/2024 | 12 | MOTION/VERIFIED PETITION for Permission to Practice Pro Hac Vice by Daniel R. Pearson and DESIGNATION of Local Counsel Jordan T. Smith (Filing fee $ 250 receipt |

| | | number ANVDC-7753507) by Objector VirnetX Inc.. (Smith, Jordan) (Entered: 07/22/2024) |
|---|---|---|
| 07/23/2024 | 13 | ORDER APPROVING 11 Verified Petition for Permission to Practice Pro Hac Vice of Attorney Jason Dodd Cassady for VirnetX Inc. and approving Designation of Local Counsel Jordan T. Smith. Signed by District Judge Anne R. Traum on 7/23/2024. Any Attorney not yet registered with the Court's e-filng system shall register on the PACER website www.pacer.gov (Copies have been distributed pursuant to the NEF - DRM) (Entered: 07/23/2024) |
| 07/23/2024 | 14 | ORDER APPROVING 12 Verified Petition for Permission to Practice Pro Hac Vice of Attorney Daniel R. Pearson for VirnetX Inc. and approving Designation of Local Counsel Jordan T. Smith. Signed by District Judge Anne R. Traum on 7/23/2024. Any Attorney not yet registered with the Court's e-filng system shall register on the PACER website www.pacer.gov (Copies have been distributed pursuant to the NEF - DRM) (Entered: 07/23/2024) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 07/26/2024 09:46:06 | | |
| **PACER Login:** | firmaccount | **Client Code:** | 337722.000241 |
| **Description:** | Docket Report | **Search Criteria:** | 3:24-cv-00271-ART-CLB |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |