# EXHIBIT 4

# Biggs, Brian

| | |
|---|---|
| **From:** | Biggs, Brian |
| **Sent:** | Monday, July 22, 2024 1:11 PM |
| **To:** | 'Egan, Brian P.'; Jen Kash |
| **Cc:** | Bethany Stevens; Francesca Germinario; Blumenfeld, Jack; Kai Schelly; Cunningham, Sean; Hannah Cannom; Gretkowski, Derek |
| **Subject:** | RE: In Re Omni Bridgeway LLC, Case No. 1:24-mc-00330 (D. Del.) |
| **Attachments:** | Re: Third-Party Subpoena (Omni Bridgeway) | MPH Technologies Oy v. Apple Inc., No. 18-05935 |

Dear Brian,

Omni's deadline to oppose was Wednesday, July 17, and nothing in your email changes that.  If Omni intends to file its opposition brief today, July 22, then it will be filing it out of time, in which case it needs to seek leave of Court to do so.  We are willing to meet and confer at your convenience.

It should be no surprise to you and your client that your opposition was due July 17.  The motion was filed and served on July 3, and under the Local Rules, the response is due two weeks later.  And the docket says exactly that:

| 07/03/2024 | 3 | OPENING BRIEF in Support of D.I. 2 MOTION to Compel filed by Apple Inc.. Answering Brief/Response due date per Local Rules is 7/17/2024. (vfm) (Entered: 07/05/2024) |
|---|---|---|

Please allow me to correct a number of inaccuracies in your email.  As you well know, the 5pm ET deadline for filings does not apply to case opening documents, like this miscellaneous action.  https://www.ded.uscourts.gov/sites/ded/files/news/Revision%20to%20ECF%20Filing%20Deadline%208-16-22.pdf.  Thus, when we filed the motion at 5:50pm ET on July 3, 2024, and served the sealed motion shortly thereafter on Ms. Kash, the date by which you should have calculated the deadline to respond is July 3, 2024.  *See* attached.  You do not dispute the motion and briefing was served on July 3, so there is no need for a COS for Omni to confirm this fact.  Importantly, whether in its letters or on the parties' meet and confer, Omni never raised any objection to service or contended that Ms. Cannom's July 3 service email was ineffective.

But even if you were correct that the 5pm ET deadline applies—it does not—the next business day was Friday, July 5, and so you must concede that even under your position, the deadline to respond would have been 14 days later: Friday, July 19.  You also missed that deadline.  As you know, just because you mistakenly stated in your letter that the deadline was July 22, that does not change the deadline.  That deadline can only be changed by order of the court.  You can rely on those letters to affirm that Omni made a mistake about its deadline to respond, but you cannot rely on them as setting the deadline to respond or overruling the local rules.  This was Omni's deadline, and so it was Omni's responsibility—not Apple's—to ensure Omni followed the rules.

The motion to seal likewise does not help Omni.  Because MPH previously took the position that Omni's funding is confidential, we were forced to file the brief under seal.  But, as you know, the motion to seal does not toll Omni's deadline to respond.  While the motion to seal was granted on Friday, that does not change that Omni's opposition was due July 17.  Ms. Cannom's July 6 email was simply a courtesy email to inform Ms. Kash that the motion to seal was granted and to send you the papers stamped with the C.A. No., but service was already completed on July 3.  You have cited no authority—because there is none—that sending a courtesy email with the stamped papers (which is not required) somehow tolls the service date.

At bottom, Omni's deadline to respond to the motion to compel has passed.  So, if Omni still intends to oppose, Omni will need to seek leave to file its brief out of time.  Please let us know if and how Omni intends to deal with this.

1

Best regards,
Brian

**Brian Biggs**
Partner

T  +1 302 468 5661
F  +1 302 778 7813
M  +1 302 388 6903
brian.biggs@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com

---

**From:** Egan, Brian P. <began@morrisnichols.com>
**Sent:** Friday, July 19, 2024 8:06 PM
**To:** Biggs, Brian <Brian.Biggs@us.dlapiper.com>; Jen Kash <jen@warrenkashwarren.com>
**Cc:** Bethany Stevens <bstevens@wscllp.com>; Francesca Germinario <francesca@warrenkashwarren.com>; Blumenfeld, Jack <JBlumenfeld@morrisnichols.com>; Kai Schelly <kai@warrenkashwarren.com>; Cunningham, Sean <Sean.Cunningham@us.dlapiper.com>; Hannah Cannom <hcannom@wscllp.com>; Gretkowski, Derek <Derek.Gretkowski@us.dlapiper.com>
**Subject:** RE: In Re Omni Bridgeway LLC, Case No. 1:24-mc-00330 (D. Del.)

⚠ EXTERNAL MESSAGE

Brian,

I am surprised by this email, sent near the close of business on a Friday afternoon.  As a preliminary matter, you are well aware that our opposition is not due until July 22, 2024, and that we intend to oppose Apple's motion by the July 22 deadline.

Your motion was filed under seal after 5 p.m. on July 3, the night before a federal holiday.  D.I. 1.  The Court did not grant that motion for leave until July 5, 2024.  D.I. 8.  Ms. Cannom's July 6 email attaching the operative version of the motion to compel states that it is "for service."   In addition, Apple did not append a certificate of service to any of its motion papers as required by D. Del. LR 5.2.(b)(1) stating that the operative date for service was otherwise. As set forth in D. Del. LR 7.1.2, it is only "once a motion has been deemed served" that the 14-day clock for opposition begins to run.

We confirmed receipt of service and the July 22, 2024 deadline in our letter to Ms. Cannom of July 9, seeking Apple's agreement to a stay of such deadline pending a ruling on the motion to transfer, and during the July 10, 2024 meet and confer we both attended.  At no point during or after any of those communications did you raise any objection to this date.  Moreover, our July 12 Letter to the Court expressly seeks "a stay of Omni's July 22, 2024 deadline to oppose Apple's motion to compel pending the Court's resolution of Omni's motion to transfer."  D.I. 11.  Your letter response to the Court on July 15, 2024 does not dispute this.  D.I. 13.

If Apple truly believed that Omni's deadline to file its opposition was July 17, instead of July 22, Apple should have stated so in response to the July 9 letter, on the July 10 meet and confer, in its July 15, 2024 letter to the Court, or at any time prior to what has now been almost 48 hours since this purported "deadline" passed.

Omni will file its opposition to Apple's motion to compel by the deadline on July 22, 2024, unless the Court grants its transfer motion in advance of such time.

Regards,
Brian

---

**From:** Biggs, Brian <Brian.Biggs@us.dlapiper.com>
**Sent:** Friday, July 19, 2024 4:01 PM
**To:** Egan, Brian P. <began@morrisnichols.com>; Jen Kash <jen@warrenkashwarren.com>
**Cc:** Bethany Stevens <bstevens@wscllp.com>; Francesca Germinario <francesca@warrenkashwarren.com>; Blumenfeld, Jack <JBlumenfeld@morrisnichols.com>; Kai Schelly <kai@warrenkashwarren.com>; Cunningham, Sean <Sean.Cunningham@us.dlapiper.com>; Hannah Cannom <hcannom@wscllp.com>; Gretkowski, Derek <Derek.Gretkowski@us.dlapiper.com>
**Subject:** [EXT] RE: In Re Omni Bridgeway LLC, Case No. 1:24-mc-00330 (D. Del.)

Dear Jen and Brian,

Apple filed and served its motion to compel on July 3, 2024.  By our calculation, Omni Bridgeway's opposition brief was thus due by 5pm ET on Wednesday (7/17), which is fourteen days after the motion was filed.  *See* L.R. 7.1.2(b); *see also* D.I. 3 (setting a July 17 deadline to respond).

It is now two days later.  Is Omni still planning to oppose Apple's motion?  If so, what is Omni's basis for not timely filing its opposition?  And, is Omni intending to seek leave of court to file its opposition out of time?

Best regards,
Brian

**Brian Biggs**
Partner

T  +1 302 468 5661
F  +1 302 778 7813
M  +1 302 388 6903
brian.biggs@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com

---

**From:** Biggs, Brian
**Sent:** Wednesday, July 17, 2024 4:36 PM
**To:** Egan, Brian P. <began@morrisnichols.com>
**Cc:** Bethany Stevens <bstevens@wscllp.com>; Francesca Germinario <francesca@warrenkashwarren.com>; Blumenfeld, Jack <JBlumenfeld@morrisnichols.com>; Kai Schelly <kai@warrenkashwarren.com>; Cunningham, Sean <Sean.Cunningham@us.dlapiper.com>; Hannah Cannom <hcannom@wscllp.com>; Gretkowski, Derek <Derek.Gretkowski@us.dlapiper.com>; Jen Kash <jen@warrenkashwarren.com>
**Subject:** RE: In Re Omni Bridgeway LLC, Case No. 1:24-mc-00330 (D. Del.)

Brian,

Noted, and thank you for confirming that Omni does not believe any of the material in the motion requires sealing (which moots the rest of your email).

Best regards,
Brian

Brian Biggs

3

Partner

T +1 302 468 5661
F +1 302 778 7813
M +1 302 388 6903
brian.biggs@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com

---

**From:** Egan, Brian P. <began@morrisnichols.com>
**Sent:** Wednesday, July 17, 2024 4:33 PM
**To:** Biggs, Brian <Brian.Biggs@us.dlapiper.com>
**Cc:** Bethany Stevens <bstevens@wscllp.com>; Francesca Germinario <francesca@warrenkashwarren.com>; Blumenfeld, Jack <JBlumenfeld@morrisnichols.com>; Kai Schelly <kai@warrenkashwarren.com>; Cunningham, Sean <Sean.Cunningham@us.dlapiper.com>; Hannah Cannom <hcannom@wscllp.com>; Gretkowski, Derek <Derek.Gretkowski@us.dlapiper.com>; Jen Kash <jen@warrenkashwarren.com>
**Subject:** RE: In Re Omni Bridgeway LLC, Case No. 1:24-mc-00330 (D. Del.)

⚠ EXTERNAL MESSAGE

Brian-
Following up on the below, Omni has no redactions to these documents, subject to MPH's consent. Omni reserves all rights, however, based on Apple's failure to meet and confer before filing its improper sealing motion. Apple's statement in its publicly filed sealing motion represents that its motion was based in part on information learned in discovery in the underlying litigation marked "highly confidential." If this had been made known to Omni prior to Apple filing the motion, Omni would have insisted that Apple obtain consent from the disclosing party who had marked the discovery as such.
    Regards,
    Brian

---

**From:** Biggs, Brian <Brian.Biggs@us.dlapiper.com>
**Sent:** Wednesday, July 17, 2024 11:00 AM
**To:** Egan, Brian P. <began@morrisnichols.com>; Jen Kash <jen@warrenkashwarren.com>
**Cc:** Bethany Stevens <bstevens@wscllp.com>; Francesca Germinario <francesca@warrenkashwarren.com>; Blumenfeld, Jack <JBlumenfeld@morrisnichols.com>; Kai Schelly <kai@warrenkashwarren.com>; Cunningham, Sean <Sean.Cunningham@us.dlapiper.com>; Hannah Cannom <hcannom@wscllp.com>; Gretkowski, Derek <Derek.Gretkowski@us.dlapiper.com>
**Subject:** [EXT] RE: In Re Omni Bridgeway LLC, Case No. 1:24-mc-00330 (D. Del.)

Thanks, Brian.

# Brian Biggs
Partner

T +1 302 468 5661
F +1 302 778 7813
M +1 302 388 6903
brian.biggs@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com

**From:** Egan, Brian P. <began@morrisnichols.com>
**Sent:** Wednesday, July 17, 2024 10:59 AM
**To:** Biggs, Brian <Brian.Biggs@us.dlapiper.com>; Jen Kash <jen@warrenkashwarren.com>
**Cc:** Bethany Stevens <bstevens@wscllp.com>; Francesca Germinario <francesca@warrenkashwarren.com>; Blumenfeld, Jack <JBlumenfeld@morrisnichols.com>; Kai Schelly <kai@warrenkashwarren.com>; Cunningham, Sean <Sean.Cunningham@us.dlapiper.com>; Hannah Cannom <hcannom@wscllp.com>; Gretkowski, Derek <Derek.Gretkowski@us.dlapiper.com>
**Subject:** RE: In Re Omni Bridgeway LLC, Case No. 1:24-mc-00330 (D. Del.)

⚠ EXTERNAL MESSAGE

Brian-
To the extent we have any proposed redactions, we will provide them later today.
   Regards,
   Brian

**BRIAN P. EGAN**
Partner
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 351-9454 T
**began@morrisnichols.com | vcard | bio**
**www.morrisnichols.com**

**From:** Biggs, Brian <Brian.Biggs@us.dlapiper.com>
**Sent:** Wednesday, July 17, 2024 10:21 AM
**To:** Jen Kash <jen@warrenkashwarren.com>; Egan, Brian P. <began@morrisnichols.com>
**Cc:** Bethany Stevens <bstevens@wscllp.com>; Francesca Germinario <francesca@warrenkashwarren.com>; Blumenfeld, Jack <JBlumenfeld@morrisnichols.com>; Kai Schelly <kai@warrenkashwarren.com>; Cunningham, Sean <Sean.Cunningham@us.dlapiper.com>; Hannah Cannom <hcannom@wscllp.com>; Gretkowski, Derek <Derek.Gretkowski@us.dlapiper.com>
**Subject:** [EXT] RE: In Re Omni Bridgeway LLC, Case No. 1:24-mc-00330 (D. Del.)

Jen and Brian,

Just wanted to follow up. Will you be able to send us any proposed redactions by today?

Thanks,
Brian

**Brian Biggs**
Partner

T +1 302 468 5661
F +1 302 778 7813
M +1 302 388 6903
brian.biggs@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com

**From:** Biggs, Brian
**Sent:** Tuesday, July 16, 2024 1:39 PM
**To:** Jen Kash <jen@warrenkashwarren.com>; Brian P. Egan <began@morrisnichols.com>
**Cc:** Bethany Stevens <bstevens@wscllp.com>; Francesca Germinario <francesca@warrenkashwarren.com>; Jack Blumenfield <jblumenfeld@morrisnichols.com>; Kai Schelly <kai@warrenkashwarren.com>; Cunningham, Sean <Sean.Cunningham@us.dlapiper.com>; Hannah Cannom <hcannom@wscllp.com>; Gretkowski, Derek <Derek.Gretkowski@us.dlapiper.com>
**Subject:** RE: In Re Omni Bridgeway LLC, Case No. 1:24-mc-00330 (D. Del.)

Jen and Brian,

Can you please let us know by COB tomorrow whether Omni proposes any redactions to Apple's brief in support of its motion to compel as well as to Exhibit A to my declaration, which is the subpoena? They both are attached for your convenience. We are simultaneously checking with MPH on the same issue.

Best regards,
Brian

# Brian Biggs
Partner

T  +1 302 468 5661
F  +1 302 778 7813
M  +1 302 388 6903
brian.biggs@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com

**From:** Jen Kash <jen@warrenkashwarren.com>
**Sent:** Wednesday, July 10, 2024 8:01 PM
**To:** Hannah Cannom <hcannom@wscllp.com>
**Cc:** Bethany Stevens <bstevens@wscllp.com>; Biggs, Brian <Brian.Biggs@us.dlapiper.com>; Brian P. Egan <began@morrisnichols.com>; Francesca Germinario <francesca@warrenkashwarren.com>; Jack Blumenfield <jblumenfeld@morrisnichols.com>; Kai Schelly <kai@warrenkashwarren.com>; Cunningham, Sean <Sean.Cunningham@us.dlapiper.com>
**Subject:** Re: In Re Omni Bridgeway LLC, Case No. 1:24-mc-00330 (D. Del.)

⚠ EXTERNAL MESSAGE

Hannah,

I got a bounce back from Brian Biggs email stating that he was out of the office through tomorrow. Can you please confirm that Apple will have Delaware counsel on the call tomorrow morning? Thanks, Jen

On Wed, Jul 10, 2024 at 4:55 PM Hannah Cannom <hcannom@wscllp.com> wrote:

> Thanks, Jen. That will work for us.

6

Best,

Hannah

---

**From:** Jen Kash <jen@warrenkashwarren.com>
**Date:** Wednesday, July 10, 2024 at 4:22 PM
**To:** Hannah Cannom <hcannom@wscllp.com>
**Cc:** Bethany Stevens <bstevens@wscllp.com>, Brian Biggs <Brian.Biggs@us.dlapiper.com>, Brian P. Egan <began@morrisnichols.com>, Francesca Germinario <francesca@warrenkashwarren.com>, Jack Blumenfeld <jblumenfeld@morrisnichols.com>, Kai Schelly <kai@warrenkashwarren.com>, Sean Cunningham <Sean.Cunningham@us.dlapiper.com>
**Subject:** Re: In Re Omni Bridgeway LLC, Case No. 1:24-mc-00330 (D. Del.)

Hannah,

We can do 8:30 am pacific tomorrow.  Delaware counsel for Omni will attend as well.  We can use our conference number, +1 (415) 854-6661; no PIN is necessary.  Please confirm.  Thanks

On Wed, Jul 10, 2024 at 3:38 PM Hannah Cannom <hcannom@wscllp.com> wrote:

> Jen,
>
> We can be available to meet and confer tomorrow before 9am PT or after 12:15pm PT (except between 1:30pm and 2:30pm PT). Please let us know what works on your side, and we can send around a calendar invite to hold the time.
>
> In the interim, Apple does not consent to transfer. We can discuss further on tomorrow's call.
>
> Best,
>
> Hannah
>
> **Hannah Cannom**
>
> **WSC LLP**

7

(213) 337-9972 | hcannom@wscllp.com

---

**From:** Kai Schelly <kai@warrenkashwarren.com>
**Date:** Tuesday, July 9, 2024 at 10:01 AM
**To:** Hannah Cannom <hcannom@wscllp.com>
**Cc:** Bethany Stevens <bstevens@wscllp.com>, Jen Kash <jen@warrenkashwarren.com>, Francesca Germinario <francesca@warrenkashwarren.com>, Brian Biggs <Brian.Biggs@us.dlapiper.com>, Jack Blumenfeld <jblumenfeld@morrisnichols.com>, Brian P. Egan <began@morrisnichols.com>, Sean Cunningham <Sean.Cunningham@us.dlapiper.com>
**Subject:** In Re Omni Bridgeway LLC, Case No. 1:24-mc-00330 (D. Del.)

Counsel:

Attached please find a letter from Jennifer A. Kash.  Please let me know if you do not receive this attachment in good order.

Sincerely,
Kai Schelly

--

Kai Schelly    kai@warrenkashwarren.com    +1 (415) 895-2971

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

---

This message, including any accompanying documents or attachments, may contain information that is confidential or that is privileged. If you are not the intended recipient of this message, please note that the dissemination, distribution, use or copying of this message or any of the accompanying documents or attachments is strictly prohibited. If you believe that you may have received this message in error, please contact me at (302) 658-9200 or by return e-mail.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure,

dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.


The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.