

DLA Piper LLP (US)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
www.dlapiper.com

Brian A. Biggs
brian.biggs@us.dlapiper.com
T   302.468.5661

July 29, 2024

**BY CM/ECF**
The Honorable Colm F. Connolly
J. Caleb Boggs Federal Building
844 N. King Street
Unit 31
Room 4124
Wilmington, DE 19801-3555

Re:   *Apple Inc. v. Omni Bridgeway LLC*, C.A. No. 24-mc-330-CFC

Dear Chief Judge Connolly:

    Pursuant to Local Rule 7.1.4, Defendant Apple Inc. respectfully requests oral argument on Apple Inc.'s Motion to Compel Compliance with Subpoena to Omni Bridgeway LLC (the "Motion") (D.I. 2).

    Briefing on the Motion concluded today, July 29, 2024.  The parties' submissions on the Motion may be found at D.I. 3-6, 18, and 21.

    Respectfully submitted,

    **DLA PIPER LLP (US)**

    */s/ Brian A. Biggs*
    Brian A. Biggs (DE Bar No. 5591)

cc: All counsel of record (via CM/ECF)